UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| JEFF SACHS CHRYSLER, INC.,<br><br>    PLAINTIFF<br><br>v.<br><br>CHRYSLER MOTORS LLC f/k/a DAIMLERCHRYSLER MOTORS COMPANY LLC OF DELAWARE,<br><br>    DEFENDANT. | CIVIL ACTION NO. 3:08-CV-00026-DCR<br><br>ELECTRONICALLY FILED |

**MOTION TO WITHDRAW AS COUNSEL**

The law firm of Stites & Harbison, PLLC, and Douglass Farnsley and Jamie K. Neal (collectively "Stites") move the Court to grant them permission to withdraw as co-counsel of record for defendant Chrysler Motors LLC f/k/a DaimlerChrysler Motors Company LLC n/k/a Old Carco Motors, LLC ("Chrysler").

Chrysler filed a Chapter 11 bankruptcy petition on April 30, 2009.  The above-captioned litigation against Chrysler is stayed by the automatic stay in bankruptcy.  11 U.S.C. § 362(a)(1).

Further, Chrysler has not engaged Stites to represent it post-petition.  In order for a law firm that represented a company before its bankruptcy to continue to represent the same company after bankruptcy, the "debtor-in-possession" company must receive bankruptcy court approval to re-engage the law firm.  *See* 11 U.S.C. § 327.  Chrysler has not sought approval to hire Stites, and apparently does not intend to do so.  Therefore, Stites seeks the Court's authorization to withdraw from representing Chrysler in this matter.

s/ Jamie K. Neal
_____
Douglass Farnsley
Jamie K. Neal
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
dfarnsley@stites.com
jneal@stites.com

COUNSEL FOR DEFENDANT, CHRYSLER MOTORS LLC F/K/A DAIMLERCHRYSLER MOTORS COMPANY LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2009, I electronically filed the foregoing with the Clerk of the Court via filing with the Eastern District of Kentucky's ECF system, which will send notice of electronic filing to:

| | |
|---|---|
| Laurence J. Zielke | Robert D. Cultice, Esq. |
| John H. Dwyer, Jr. | WILMER CUTLER PICKERING HALE |
| ZIELKE LAW FIRM, PLLC | AND DORR LLP |
| 1250 Meidinger Tower | 60 State Street |
| 462 South Fourth Street | Boston, MA 02109 |
| Louisville, Kentucky 40202 | COUNSEL FOR DEFENDANT |
| COUNSEL FOR PLAINTIFF | |

s/ *Jamie K. Neal*
_____

CH180:000CH:747023:1:LOUISVILLE