UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| JEFF SACHS CHRYSLER, INC., <br><br> PLAINTIFF <br><br> v. <br><br> CHRYSLER MOTORS LLC f/k/a DAIMLERCHRYSLER MOTORS COMPANY LLC OF DELAWARE, <br><br> DEFENDANT. | CIVIL ACTION NO. 3:08-CV-00026-DCR <br><br> ELECTRONICALLY FILED |

## MOTION TO WITHDRAW AS COUNSEL

Nathan Goldstein of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") moves the Court to grant him permission to withdraw as counsel of record for defendant Chrysler Motors LLC f/k/a DaimlerChrysler Motors Company LLC n/k/a Old Carco Motors, LLC ("Chrysler").

Chrysler filed a Chapter 11 bankruptcy petition on April 30, 2009. The above-captioned litigation against Chrysler is stayed by the automatic stay in bankruptcy. 11 U.S.C. § 362(a)(1).

Mr. Goldstein moves to withdraw because he is ending his employment with WilmerHale. Robert Cultice of WilmerHale will continue as counsel for Chrysler.

Dated: August 19, 2009

/s/ Nathan Goldstein
Nathan Goldstein, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6777
nathan.goldstein@wilmerhale.com

COUNSEL FOR DEFENDANT, CHRYSLER MOTORS LLC F/K/A DAIMLERCHRYSLER MOTORS COMPANY LLC

US1DOCS 7268308v1

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on the August 19, 2009, I electronically filed the foregoing with the Clerk of the Court via filing with the Eastern District of Kentucky's ECF system, which will send notice of electronic filing to:

| | |
|---|---|
| Laurence J. Zielke | Robert D. Cultice, Esq. |
| John H. Dwyer, Jr. | WILMER CUTLER PICKERING HALE |
| ZIELKE LAW FIRM, PLLC | AND DORR LLP |
| 1250 Meidinger Tower | 60 State Street |
| 462 South Fourth Street | Boston, MA 02109 |
| Louisville, Kentucky 40202 | COUNSEL FOR DEFENDANT |
| COUNSEL FOR PLAINTIFF | |

/s/ *Nathan Goldstein*
Nathan Goldstein